Certificate Number: 13858-TXW-DE-030490450

Bankruptcy Case Number: 17-10450



13858-TXW-DE-030490450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2018, at 9:17 o'clock PM CST, Amy Wood completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: January 28, 2018          By:     /s/Natalie Bowen

                              Name:   Natalie Bowen

                              Title:  Counselor